IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY GREEN,

    Petitioner,

v.                                              CASE NO. 4:06cv588-RH/WCS

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER OF DISMISSAL

     This matter is before the court on the magistrate judge's report and recommendation (document 6), and the objections thereto (document 7). I have reviewed de novo the issues raised by the objections.

     Petitioner asserts the Florida Parole Commission failed to consider adequately the issue of whether petitioner should be paroled. For the reasons set forth in the report and recommendation, petitioner's claim is unfounded. It bears noting, too, that the crux of plaintiff's claim, at least in substance if not as a matter of form or semantics, is plaintiff's disagreement with the Parole Commission's decision on the merits. Federal habeas relief is not available to redress decisions of

state parole commissions, or even state courts, that are incorrect under state law but do not run afoul of the United States Constitution. Saying that a state decision maker failed to consider a petitioner's arguments, merely because the decision maker rejected the arguments without issuing a sufficiently detailed written explanation, does not change the outcome.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging the actions of the Florida Parole Commission is DISMISSED with prejudice." The clerk shall forward copies of the report and recommendation, this order, and the judgment to respondent and the Florida Attorney General. The clerk shall close the file.

SO ORDERED this 13th day of February, 2007.

                                                                               s/Robert L. Hinkle
                                                                               Chief United States District Judge